**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6914**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

JAMES R. NIBLOCK,

                    Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, Senior District Judge.  (1:02-cr-00568-TSE-1)

Submitted:  December 20, 2018                    Decided:  December 26, 2018

Before DIAZ and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James R. Niblock, Appellant Pro Se.  Daniel Taylor Young, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James R. Niblock appeals the district court's orders denying his motions for relief from judgment pursuant to Fed. R. Civ. P. 60(b), for bail, for a hearing, for entry of judgment, and for reconsideration of the order denying those motions. Niblock contends that the district court failed to address several claims in his initial 28 U.S.C. § 2255 (2012) motion. This court has previously considered and rejected this claim and Niblock has not presented any new basis for relief. Accordingly, we affirm for the reasons stated by the district court. *United States v. Niblock*, No. 1:02-cr-00568-TSE-1 (E.D. Va. June 4, 2018 & June 26, 2018). We note that a certificate of appealability is not required. *See United States v. McRae*, 793 F.3d 392, 400 (4th Cir. 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*